UNITED STATES DISTRICT COURT

**FILED**

AUG - 2 2013

Clerk, U S. District & Bankruptcy
Courts for the District of Columbia

ANTHONY BRIAN MALLGREN,       )
                              )
        Plaintiff,            )
                              )
    v.                        )       Civil Action No.
                              )
WILLIAM K. SUTER, *et al.*,   )       13-1200
                              )
        Defendants.           )
                              )

## MEMORANDUM OPINION

Plaintiff brings this action against the Clerk of the Supreme Court of the United States, among others, alleging that he "has been denied rights guaranteed by the . . . United States Code, as well as the United States Constitution" because the defendants have refused to accept his petition for a writ of certiorari. Compl. at 2 (page number designated by the Court). He demands "relief in the form of an order for specific performance of the court clerk." *Id.*

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii).

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 7/29/13

_Thomas F. Hogan_
United States District Judge